UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| LANCE AIZEN | : : : | |
| Plaintiff, | : : | Case No.: 3:18-cv-15195-BRM-DEA |
| v. | : : | **ORDER** |
| AMERICAN HEALTHCARE ADMINISTRATIVE SERVICES, INC., *et al.*, | : : : : | |
| Defendants. | : : | |

**THIS MATTER** is before the Court on the Court's Order to Show Cause (ECF No. 11) concerning subject matter jurisdiction, as well as Plaintiff Lance Aizen's ("Aizen") Motion to Strike Defendants' Supplemental Brief and to File a Supplemental Reply (ECF No. 16). All parties submitted briefs to the Court. (ECF Nos. 14, 15, 16-1, 17, & 18.) Having reviewed the parties' submissions filed in connection with both matters, and having declined to hear oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion, and for good cause shown,

**IT IS** on this 26th day of September, 2019,

**ORDERED**, that Aizen's Motion to Strike Defendants' Supplemental Brief and to File a Supplemental Reply (ECF No. 16) is **GRANTED IN PART** and **DENIED IN PART**, such that the Court retroactively grants Aizen leave to file his supplemental reply brief (ECF No. 16-1) but will not strike any party's brief and it is further

**ORDERED**, that this case is **DISMISSED** for lack of subject matter jurisdiction; and it is further

**ORDERED** that this case is **CLOSED**.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
UNITED STATES DISTRICT JUDGE